PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00217-JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION REGARDING CONTINUANCE OF JUDGEMENT AND SENTENCING ON TSR VIOLATION; ORDER** |
| DEREK TUIVAILALA, | |
| Defendant. | CURRENT DATE: March 14, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |
| | PROPOSED NEW DATE: April 11, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, Derek Tuivailala, by and through defendant's counsel of record, hereby stipulate as follows:

1. On February 7, 2023, Defendant admitted to all three charges in the Petition for Warrant or Summons for Offender Under Supervision. (*See* ECF No. 10).

2. By previous order, this matter was originally set for Judgement and Sentencing on a TSR Violation on March 7, 2023, at 9:00 a.m. *Id*.

3. On March 6, 2023, the Court vacated the Judgement and Sentencing scheduled for March 7, 2023, and reset the matter for March 14, 2023, at 9:00 a.m. (*See* ECF No. 15).

4. By this stipulation the parties now move to continue the currently scheduled Judgement and Sentencing until **April 11, 2023**, **at 09:00 a.m**.

5. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for the defendant and the government are scheduled to appear for another Judgement and Sentencing on a TSR Violation scheduled at 9:30 a.m. on March 14, 2023, before the Honorable Dale A. Drozd in case number 2:16-CR-00134-DAD.

   b) Counsel for the government confirmed that the assigned United States Probation Officer does not object to the continuance.

6. The provisions of the Speedy Trial Act are inapplicable because this matter is before the Court due to the defendant's violation of the terms of his supervised release.

IT IS SO STIPULATED.

Dated:  March 10, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Dated:  March 10, 2023

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
DEREK TUIVAILALA

# ORDER

**IT IS SO FOUND AND ORDERED**.

Dated: March 10, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order for Continuance of
Dispositional Hearing