UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 26, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEREK TUIVAILALA<br><br>　　　　　Defendant. | Case No.  2:20-cr-0217 JAM<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release DEREK TUIVAILALA Case No. 2:20-cr-0217 JAM  Charges 18 USC § 3606 from custody for the following reasons:

　　　　　_____  Release on Personal Recognizance

　　　　　_____  Bail Posted in the Sum of $ _____

　　　　　　　　_____  Unsecured Appearance Bond $ _____

　　　　　　　　_____  Appearance Bond with 10% Deposit

　　　　　　　　_____  Appearance Bond with Surety

　　　　　　　　_____  Corporate Surety Bail Bond

　　　　　　　　_____  (Other): _____

Issued at Sacramento, California on March 26, 2025 at 2:10 PM

　　　　　　　　　　　　　　By:    /s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　  Chief Magistrate Judge Carolyn K. Delaney